IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNA A., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:18-cv-9580-NLH-MJS |
| ) | |
| NEW JERSEY DEPARTMENT ) | |
| OF EDUCATION; LAMONT ) | Judge: Edward S. Kiel |
| REPOLLET, Commissioner of ) | |
| Education; and NEW JERSEY ) | Magistrate: Matthew J. Skahill |
| OFFICE OF ADMINISTRATIVE ) | |
| LAW, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF JOINT MOTION TO ENTER CONSENT ORDER AND
SETTLEMENT AGREEMENT**

**To:** CLERK OF COURT and ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Plaintiffs Joanna A., individually and on behalf of her minor child J.A.[1] ("J.A. Family"); C.M., individually and on behalf of her minor child L.S. ("L.S. Family"); and Ch.M.[2] and J.M., individually and on behalf of their minor child R.M. ("R.M. Family") (collectively referred to as "Plaintiffs") and Defendants New Jersey Department of Education ("NJDOE"), Kevin Dehmer, Commissioner of Education ("Dehmer"), and the New Jersey Office of Administrative Law ("OAL"), by and through respective counsel,

---

[1] All plaintiffs are identified by initials pursuant to Fed.R.Civ.P. 5.2(a)(3) so as to protect the identities of the minor children.

[2] Ch.M. is so identified to distinguish him from plaintiff C.M.

pursuant to Fed. R. Civ. P. 41 jointly move before this Honorable Court to enter the Consent Order and Settlement Agreement of the parties and dismiss this action while retaining jurisdiction for twelve (12) months for enforcement.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs shall reply upon the papers submitted and filed contemporaneously herewith.

The proposed Consent Order is also submitted.

Dated:  August 8, 2025

Respectfully submitted,

By:  /s/ *Robert C. Thurston*
Robert C. Thurston, Esq.
Attorney ID #008801988
Thurston Law Offices LLC
111 Route 70 E #5336
Marlton, NJ 08053
856-335-5291
Email: rthurston@schoolkidslawyer.com

*Attorney for Plaintiffs*

By:  /s/ *Matthew Lynch*
Matthew Lynch, DAG
Attorney General of New Jersey
25 Market St., P.O. Box 112
Trenton, NJ 08625-0112
609-376-3100
Matthew.Lynch@law.njoag.gov

*Attorney for State Defendants*

## CERTIFICATE OF SERVICE

  I, Robert C. Thurston, certify that I served all counsel of record the foregoing document by causing the same to be sent via the ECF system and by email to those having not appeared in this matter on the date indicated below.

Dated: August 8, 2025

               /s/ *Robert C. Thurston*
               Robert C. Thurston